**Order entered April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00073-CV

## ESTATE OF DAVID ANTHONY TOARMINA, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2655-2**

## ORDER

Stating that defendant's exhibits 29 and 30, which were admitted at trial, were omitted from the reporter's record, the parties have filed the attached "agreed correction of reporter's record" containing those exhibits. Pursuant to Texas Rule of Appellate Procedure 34.6(d), we **ORDER** Joie Rivera, Official Court Reporter for Probate Court No. 2, to file, within ten days of the date of this order, a supplemental reporter's record containing defendant's exhibits 29 and 30 as reflected in the agreed correction of record. *See* TEX. R. APP. P. 34.6(d).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Rivera and counsel for the parties.

/s/    CRAIG STODDART
       JUSTICE